DEFT: JULIE COLLINS (B) — *present*     CASE NO: 00-6198-CR-Hurley

AUSA: Tom Lanigan *by Kathleen Rice*     ATTNY: Russell Williams *not present*

AGENT:     VIOL:

PROCEEDING: Inquiry Re Counsel     BOND REC:

BOND HEARING HELD – yes/no     COUNSEL APPOINTED: FPD - Patrick Hunt

BOND SET @     REC'D by ___ D.C.

CO-SIGNATURES:     JUL 31 2000

SPECIAL CONDITIONS:

FILED by ___ D.C.
JUL 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: August 31, 2000 @ 9:30 a.m. in West Palm Beach
DATE: July 28, 2000    TIME: 11:00 A.M.    TAPE #    PG #