UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :    Case No. 00-6198-CR-Hurley

v.                         :

MAXIMILLIAN CHARLES MATETICH, :

## MOTION IN SUPPORT OF BOND

Mr. Matetich was arrested on July 24, 2000 and has been held as a pretrial detainee. Without objection, the pretrial detention hearing was postponed until counsel for the defendant could arrange for out-of-town witnesses to appear in court.

On Friday, August 18, 2000, Mr. Matetich will appear before Magistrate Judge O'Sullivan to seek admission to bond. We would like to provide the following information:

| | |
|---|---|
| **Name** | Maximillian Charles Matetich |
| **Date of Birth** | July 20, 1965 |
| **Place of Birth** | Barrie, Ontario, Canada |
| **Citizenship** | Canadian |
| **Employer I.D.** | 475-425-534 |
| **Education**[1] | Barrie North Collegiate (H.S. 1983) |
| | University of Western Ontario(B.A. Economics 1987) |
| | London School of Economics (Summer 1992) |
| **Residence in Miami**[2] | 929 Collins Avenue, Apartment 11 |
| | Miami Beach, FL 33139 (1995-present) |
| **Telephone** | (305) 673-6986 |

---

[1] See Certification by Office of the Registrar, attached as Exhibit A.

[2] Confirmed by his landlord, Guy A. Willis, Bell South and Florida Power & Light. See Exhibits B, C and D.

-1-
BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

Mr. Matetich is an orphan: Both of his parents died when he was a teenager, and he has no brothers or sisters.[3] The following individuals are character witnesses in support of Mr. Matetich, some of whom will attend the hearing on Friday:

**Randy Sweers**

- born Ontario, Canada, 9/18/65.
- resident homeowner, purchased in 1996.
  5870 N.E. 22nd Avenue, Fort Lauderdale,
  Market Value= $200,000, mortgage = $145,000.
- attended Fort Lauderdale Christian School; Pompano Beach High School (1983); Wilfrid Laurier University (B.A. Political Science / History 1988; Graduate Business School 1988-1989). Canadian Junior Olympic Basketball Team (1984).
- Salesman at Champion Marine, N. Miami Beach, FL(1990-93)
- President and 100% owner of Florida Powerboat Brokerage, Inc. (since 1994). Yearly sales = $3,000,000 ±. Inventory / Receivables = $500,000 ±.
- has known Mr. Matetich since they were 10 years old.
- prepared to sign in his personal and corporate capacity, risking his entire business in the event of default.

**Marie Ange Caravano**

- born Paris, France, 8/6/77. French citizen here on a B-1 Visa.
- graduated Claude de Bussy High School, Paris, France with honors (1995); University of Paris X (B.A. Journalism with honors,1998; Master's Journalism with high honors,1999).
- attended Hunter College (NYC) as part of Master's Journalism.
- Circle in the Square theater school (NYC summer 1999).
- post-graduate degree in Bilingual Journalism (French and English) from the University of Paris III- Sorbonne (2000).
- close personal friend of Mr. Matetich for 4 years.
- currently completing an internship (unpaid) with:
- 
  Cable News Network
  12 South Biscayne Boulevard, Suite 101
  North Miami, FL 33181  (305) 892-5100

---

[3] This information has been confirmed by Ms. Mary Cuomo, a resident of Ontario, Canada, who is Mr. Matetich's aunt. Ms. Cuomo is elderly and unable to make the trip to Florida.

### Dimitra Kappos

- dob 5/14/68.
- resides in Toronto, Canada.
- has known Mr. Matetich for 12 years and visits with him every time he is in Canada.
- University of Western Ontario (B.A. Political Science 1992).
- travels to the United States (Michigan, New York, Boston, Miami, California) approximately every other month.
- not a homeowner. Annual salary of 68,000 $CDN as a Capital Markets Associate with:

   BayStreetDirect Inc.
   220 Bay Street, Suite 1300
   Toronto, Ontario M5J 2W4
   tel: 416.681.9087  fax: 416.682.3407
   email: dkappos@baystreetdirect.com

### John Wood

- dob 9/24/66.
- resides in Toronto, Canada, where he is employed with an internet company.
- University of Western Ontario (B.A. Political Science 1992).
- worked for 3 years in commercial real estate.
- Mr. Wood has known Mr. Matetich for 11 years. Not a homeowner.

### Mark E. Klajman

- University of Western Ontario (M.B.A. 1993); Honors Bachelor of Commerce, University of Windsor, Dean's List 1983; University of Western Ontario (B.A. 1981).
- employed by Hudson's Bay Company since 1995. Currently serves as National Licensed Department Manager, managing a business portfolio in 450 stores, involving total sales and turnover for 1998 in excess of $ 82 million.
- Fashion Cares, Sub Committee member, 1998-99.
- Young Business Network (major national charity) Toronto, (Chair, Vice Chair Fundraising, 1996-97).
- currently resides at:

   308-14 Tichester Road
   Toronto, Ontario, Canada  M5P 1P1
   (416) 658-7630
   mark_klajman@hotmail.com

### Francois Monette

-- Born Montreal, Canada, 1/30/73.
-- resides in Montreal, Canada, where he is employed as a Support Technical leader, providing assistance to international clients for the Advanced Systems software, special effects, running on workstations computers.
-- Edouard Montpetit College (B.A. 1991);Bachelin Business at Universitéé du Quéébec àà Montreal (UQAM) (1991-1994). Degree in 3D animation from InterDEC College (1994-1995).
-- yearly salary: 47,000 $CDN.
-- owner of a 2000 square feet townhouse in Old Montreal since January 2000.
-- friend of Mr. Matetich for 5 years.
-- currently employed with:

>   Discreet Logic
>   10 Rue Duke
>   Montreal, Canada H3C 2L7
>   tel: 514.954.7412 fax: 514.954.7495
>   www.discreet.com

### Martine Lemieux

-- resides in Montreal, Canada.
-- works in fashion and art industry as a fashion designer and is a part-time student in interior design. Is currently preparing an art exhibition of her work in Montreal.
-- expecting first child in April 2001 with boyfriend, Francois Monette.
-- has been a friend of Mr. Matetich for 6 years.

### Osman El-Hindi

-- dob 8/22/57.
-- personal friend of Mr. Matetich for 7 years.
-- employed as a salesman with:

>   Executive Auto Sales
>   1150 Warncliffe Road South
>   London, Ontario N6L1K
>   tel: 519.649-5103 fax: 519.649.6430

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BLVD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

<u>**Radwan El-Hindi**</u>

- -- dob 8/21/66.
- -- University of Western Ontario (B.A. in Environmental Geography, 1995).
- -- a close personal friend of Mr. Matetich for 10 years.
- -- employed as a salesman with Executive Auto Sales.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By /s/ Howard Srebnick
**HOWARD SREBNICK, ESQ.**
Florida Bar Number 919063
Attorney for Maximillian Matetich

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax to: **NANCY VORPE QUINLAN, ESQ.**, Assistant U.S. Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401 and **DAVID WEINSTEIN, ESQ.**, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami FL 33132 this 17 day of August, 2000.

By /s/ Howard Srebnick
**HOWARD SREBNICK, ESQ.**
Attorney for Maximillian Matetich

## The UNIVERSITY of WESTERN ONTARIO

*Office of the Registrar • Stevenson-Lawson Building*

August 16, 2000

This Certifies That

MAXIM CHARLES MATETICH

is a graduate of

The University of Western Ontario

having received the degree of

BACHELOR OF ARTS
Economics

June 12, 1987

*Elisa Bowley*
Elisa Bowley,
Service Representative,
Office of the Registrar

**EXHIBIT A**

London, Ontario • Canada • N6A 5B8 • Telephone: (519) 661-2100 • Fax: (519) 661-3388

**YEOMAN INVESTMENTS, LTD.**
**C/O GUY A. WILLIS**
**2432 FLAGLER AVENUE**
**KEY WEST, FL 33040**
**305-294-6606**

August 14, 2000

To Whom It May Concern:

Charles Matetich has been a tenant at 929 Collins Avenue apartment #11 since 1995. Mr. Matetich pays his rent monthly and has done so since 1995.

Sincerely,

*[signature]*

Guy A. Willis
for Yeoman Investments, Ltd.

**EXHIBIT B**

**LEASE**

THIS LEASE, entered into this 1st day of November, 1999, between YEOMAN INVESTMENTS, LTD, represented by Guy A. Willis, 2432 Flagler Avenue, Key West, Florida 33040 hereinafter jointly called LANDLORD, and

Name:      Charles Matctich

Address:   929 Collins Ave. Apt.#11

phone:                        WORK
                              HOME

SS#:       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

hereinafter called TENANT, is to WITNESS:

**PREMISES:**

THAT THE LANDLORD does this day lease unto the TENANT, the following described PREMISES:

929 Collins Avenue, Apartment #11  Miami Beach, Florida 33139
Two bedroom, Two bathroom apartment

**TERM:**

TO HAVE AND TO HOLD said premises for the term beginning 1 day of November 1999, and ending the 31 day of October, 2000. After this period, the Manager, LANDLORD, or TENANT shall have given the other a written notice of at least thirty (30) days on which possession of the premises is to be relinquished to the Manager or LANDLORD.

**RENTAL:**

At and for the agreed RENTAL of, SEVEN HUNDRED SEVENTY FIVE ($775.00) Dollars per month PLUS electric, gas, phone, and cable (as set forth in Section 10 below), payable in advance on the 1st day of each month, plus applicable Sales or other excise taxes imposed by any Local, State or Federal Government/Agency, provided that before entering into possession of these premises, the TENANT paid to LANDLORD the first months rent in the amount of $775 and $700 as a partial payment for last months rent, a sum of One thousand four hundred seventy five and 00/10 ($1475.00)Dollars, and a security deposit in the amount of Five hundred ($500.00) Dollars.

The last month's rent and occupancy will be given at the time of the 30 day notice. No refund will be given for premature departure.

Said payment to be made directly to Yeoman Investments, and given to the Manager, Dori Vuksanovic, at 929 Collins Avenue, Apartment #7, Miami Beach, Florida or to such other person or to such other place as herein provided.

initials: M(W)

THE NINES & COACH HOUSE        Page        initials:

## LEASE

THIS LEASE, entered into this __9__ day of __December__, 1998, between YEOMAN INVESTMENTS, LTD, represented by Guy A. Willis, 2432 Flagler Avenue, Key West, Florida  33040 hereinafter jointly called LANDLORD, and

      Name:    Nick Disanti/Charles Matetich

      Address:  929 Collins Ave. Apt.# 11

      phone:                   WORK    011 33149054886 · ] Mateti
                                               011 33669182902 France .
                                               514 5909348 Montreal .
                                             HOME    532-3313  DiSANTi.

      SS#    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

hereinafter called TENANT, is to WITNESS:

### PREMISES:

THAT THE LANDLORD does this day lease unto the TENANT, the following described PREMISES:

      929 Collins Avenue, Apartment #11 Miami Beach, Florida 33139
      _Two bedroom, Two bathroom apartment_

### TERM:

TO HAVE AND TO HOLD said premises for the term beginning 1 day of November 1998, and ending the 31 day of October, 1999. After this period, the Manager, LANDLORD, or TENANT shall have given the other a written notice of at least thirty (30) days on which possession of the premises is to be relinquished to the Manager or LANDLORD.

### RENTAL:

At and for the agreed RENTAL of, SEVEN HUNDRED ($700.00) Dollars per month PLUS electric, gas, phone, and cable (as set forth in Section 10 below), payable in advance on the 1st day of each month, plus applicable Sales or other excise taxes imposed by any Local, State or Federal Government/Agency, provided that before entering into possession of these premises, the TENANT paid to LANDLORD the first and last months rent, a sum of One thousand four hundred ($1400.00) Dollars, and a security deposit in the amount of Five hundred ($500.00) Dollars.

The last month's rent and occupancy will be given at the time of the 30 day notice. No refund will be given for premature departure.

Said payment to be made directly to Yeoman Investments, and given to the Manager, Dori Vuksanovic, at 929 Collins Avenue, Apartment #7, Miami Beach, Florida or to such other person or to such other place as herein provided.

IT IS FURTHER AGREED AND COVENANTED BY AND BETWEEN THE PARTIES HERETO AS FOLLOWS:

                                               initials: _ND_

THE NINES & COACH HOUSE      Page 1      initials: _MCM_

LEASE

THIS LEASE, entered into this __4th__ day of __December__, 1997, between YEOMAN INVESTMENTS, LTD, represented by Guy A. Willis, 2432 Flagler Avenue, Key West, Florida 33040 hereinafter jointly called LANDLORD, and

    name:    Nick DiSanti/Charles Matetich

    address:    929 Collins Ave. Apt.# 11 (Coach House)

    phone:    ———————    WORK

            532.3313    HOME

    ss#    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 / None (Canadian National)

hereinafter called TENANT, is to WITNESS:

**PREMISES:**

THAT THE LANDLORD does this day lease unto the TENANT, the following described PREMISES:

        COACH HOUSE
   929 Collins Avenue, Apartment #11 Miami Beach, Florida 33139
     Two bedroom, Two bathroom apartment

**TERM:**

TO HAVE AND TO HOLD said premises for the term beginning __1st__ day of __November__ 1997, and ending the __31st__ day of __October__ 1998. After this period, the Manager, LANDLORD, or TENANT shall have given the other a written notice of at least thirty (30) days on which possession of the premises is to be relinquished to the Manager or LANDLORD.

**RENTAL:**

At and for the agreed RENTAL of, SEVEN HUNDRED ($700.00) Dollars per month PLUS electric, gas, phone, and cable (as set forth in Section 13 below), payable in advance on the __1st__ day of each month, plus applicable Sales or other excise taxes imposed by any Local, State or Federal Government/Agency, provided that before entering into possession of these premises, the TENANT paid to LANDLORD the first and last months rent, a sum of One thousand four hundred ($1400.00) Dollars, and a security deposit in the amount of Five hundred ($500.00) Dollars.

The last month's rent and occupancy will be given at the time of the 30 day notice. No refund will be given for premature departure.

Said payment to be made directly to Yeoman Investments, and given to the Manager, Dori Vuksanovic, at 929 Collins Avenue, Apartment #7, Miami Beach, Florida or to such other person or to such other place as herein provided.

                                          initials: _[signature]_

THE NINES & COACH HOUSE        Page 1        initials:

LAW OFFICES OF
# BLACK, SREBNICK & KORNSPAN
A PROFESSIONAL ASSOCIATION

ROY BLACK
CATHERINE C. GRIEVE
SCOTT A. KORNSPAN
MARIA D. NEYRA
CHRISTINE M. NG
JACQUELINE PERCZEK*
HEIDI A. SCHULZ
MARK A.J. SHAPIRO
HOWARD M. SREBNICK†

SUITE 1300
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE: (305) 371-6421
FACSIMILE: (305) 358-2006

E-MAIL: WDavis@black-law.com

* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN CALIFORNIA

August 16, 2000

Ms. Donna Cox
Customer Service Department
BellSouth
P.O. Box 33009
Charlotte, North Carolina 28243-0001

Dear Ms. Cox:

    Thank you for speaking with me today about our client, Maxim Matetich. In our conversation, you informed me that Mr. Matetich opened his BellSouth account phone number (305) 673-6986 on February 8, 1999. Your also informed me that you would send written confirmation to our office. Thank you again for your assistance.

Cordially yours,

Wendy Davis
Paralegal

**EXHIBIT C**



MAXIM MATETICH
Account Number: 305 673-6986 457 0441
Bill Period Date: Jun 5, 2000

| CURRENT CHARGES DUE BEFORE | AMOUNT OF LAST BILL | LESS PAYMENTS | ADJUSTMENTS | CURRENT CHARGES | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| Jun 27 | $8.56CR | $0.00 | $0.00 | $50.03 | $41.47 |

## Important Notice(s)

Late Charge Reminder: A $1.50 additional charge will apply to any unpaid balance as of Jul 5. If you incur a Late Payment Charge, an additional Interest charge of 1.5% will also be applied to any unpaid balance.

Nonpayment of Regulated Charges may result in discontinuance of service. Failure to pay unregulated and certain other charges, all of which are identified by ** on your bill, will not result in an interruption of local service. The amount of Regulated Charges may be obtained by calling 305 780-2355.

CR = Credit Amount

(continued on page 2) ▶

***** PLEASE FOLD, TEAR HERE AND RETURN THIS PORTION WITH YOUR PAYMENT. *****

Please make check payable to BellSouth in U.S. funds.

| CURRENT CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|
| Jun 27 | $8.56CR | $41.47 | |

305 673-6986 457 0441
Jun 5, 2000
AV        0728 R15        E013743

☐ Check here if correspondence included.

#013743

P.O. BOX 33009
CHARLOTTE  NC
28243-0001

MAXIM MATETICH
APT 11
929 COLLINS AV
MIAMI BCH   FL   33139-5001

3059673698645704407280011500111000000000000000000000004147

LAW OFFICES OF
# BLACK, SREBNICK & KORNSPAN
A PROFESSIONAL ASSOCIATION

ROY BLACK
CATHERINE C. GRIEVE
SCOTT A. KORNSPAN
MARIA D. NEYRA
CHRISTINE M. NG
JACQUELINE PERCZEK*
HEIDI A. SCHULZ
MARK A.J. SHAPIRO
HOWARD M. SREBNICK†

SUITE 1300
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE: (305) 371-6421
FACSIMILE: (305) 358-2006

E-MAIL: *WDavis@black-law.com*

* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN CALIFORNIA

August 16, 2000

Ms. Wagner
Customer Service Department
Florida Power & Light Company
P.O. Box 025576
Miami, Florida 33102

Dear Ms. Wagner:

    Thank you for speaking with me today about our client, Maxim Matetich. In our conversation, you informed me that Mr. Matetich opened his account number 68539-13090 on October 14, 1994. Your also informed me that you would send written confirmation to our office. Thank you again for your assistance.

                                          Cordially yours,

                                          Wendy Davis
                                          Paralegal

**EXHIBIT D**

Miami, FL 33102

Please request changes on the back. Notes on the front will not be detected.

I added my donation for the Care to Share Energy Fund to help those in need. (Mark 'X' in box)

☐ $1  ☐ $2  ☐ $5  ☐ $10  ☐ Other _____

**PLEASE FILL IN TOTAL AMOUNT PAID**

B  6,8           8412 9

#BWNDJNQ ***     AUTO **CO 3921
#9348643BQ099310#            063784

$ _____

MAXIM C MATETICH
929 COLLINS AVE # 11
MIAMI BEACH FL 33139-5001

Make check payable to FPL in U.S. funds and mail along with this coupon to:

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

| Account Number | DO NOT PAY | NEW Charges Past Due |
|---|---|---|
| 68539-13090 | $70.25 CR | |

FOLD ON PERFORATION BEFORE TEARING

# CUSTOMER STATEMENT

Statement Date: JUN 13 2000
Customer Name: MAXIM C MATETICH
Service Address: 929 COLLINS AVE # 11

Account Number: 68539-13090
Service Dates: MAY 12 00 to JUN 13 00
Service Days: 32
NEXT SCHEDULED READ DATE: JUL 13 2000

| Previous Statement Balance | Payments (-) | Additional Activity (+ or -) | Balance Before NEW Charges (=) | NEW Charges (+) | NEW Charges Past Due | Credit Amount DO NOT PAY (=) |
|---|---|---|---|---|---|---|
| 137.25 CR | 0.00 | 1.36 CR | 138.61 CR | 68.36 | | $70.25 CR |

**Meter Reading**-Meter 5C26992

| | |
|---|---|
| Current Reading | 69141 |
| Previous Reading | -68279 |
| KWH Used | 862 |

**Energy Usage**

| | Last Year | This Year |
|---|---|---|
| KWH This Month | 107 | 862 |
| Service Days | 32 | 32 |
| KWH/Day | 3 | 27 |

*Amt includes the following charges:
Customer Charge:  $5.65 per Month
Non-Fuel Energy Charge:
  First 750 KWH  $0.042170 per KWH
  Over 750 KWH   $0.052170 per KWH
Fuel Charge:     $0.018700 per KWH

## Account Activity

| | | |
|---|---|---|
| Previous Statement Balance | | 137.25CR |
| Additional Activity: | | |
|   Revenue Rebate | | 1.36CR |
| **BALANCE BEFORE NEW CHARGES** | | 138.61CR |
| Billing for Electric Use on Rate: RS-1 RESIDENTIAL SERVICE | | |
| Electric Service Amount | 59.24** | |
| Gross Receipts Tax Increase | 0.61 | |
| Franchise Charge | 3.19 | |
| Utility Tax | 5.32 | |
|   Current Electric Charges | | 68.36 |
| **TOTAL NEW CHARGES:** | | 68.36 |
| **TOTAL NOW DUE:** | | $70.25CR |

Credit Amount - **DO NOT PAY**

### Messages

-- Power out? Dial 1-800-4OUTAGE. The toll-free number is a fast, easy way to report an outage and check on the status of our restoration efforts.



Florida Power & Light Company
PO Box 025576
Miami, FL 33102

FPL

**USEFUL TELEPHONE NUMBERS**
Customer Service: (305) 442-8770
Outside Florida: **1-800-226-3545**
To Report Power Outages: 1-800-4OUTAGE (468-8243)
Hearing/Speech Impaired: 1-800-432-6554 (TTY/TDD)
Visit FPL's Web Site at http://www.fpl.com