```
FILED _____ D.C.

AUG 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
vs.

MAXIMILLIAN MATETICH
_____/

CASE NO. 00-6198-Hurley

**ORDER DENYING REQUEST FOR PRE-TRIAL DETENTION**

Bond Stayed to 5:00 PM.
8/21/00

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

__✓__ Personal Surety, unsecured, in the amount of $ 500,000 Co-signed by Girlfriend & Mr. Sweets.

_____ Personal Surety in the amount of $ _____ with ___ % posted with the Clerk of the Court.

_____ Full Cash in the amount of $ _____

__✓__ Corporate Surety in the amount of $ 100,000 Nebbia

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
(✓) Surrender all travel documents to Pretrial Services Office.
(✓) Report to Pretrial Services _1_ times/week in person _2_ times/week by phone.
(✓) Curfew imposed 7 days a week, from 9 PM to 7 a.m.
( ) Defendant shall maintain present residence.
( ) Refrain from possessing a firearm, destructive device or other dangerous weapons.
( ) Maintain/actively seek full-time gainful employment or educational program.
( ) Defendant may travel to _____ in connection with charges pending in that District; otherwise, travel is restricted to SD/Fla.
(✓) Stay away from commercial transportation facilities or marinas.
(✓) Electronic monitoring; expenses to be paid by the defendant.
(✓) Comply with the following additional special conditions of this bond: Travel SD of FLA - Drug Testing as Required.

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

DONE AND ORDERED at Miami, Florida this 17th day of AUGUST 2000.
Tape No: 00A-67-328
c: U.S. Attorney - David Weinstein
   Defense Counsel - Howard
   U.S. Pretrial Services - Sudnick

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Deft must sign waiver of extradition from Canada