

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3131-TURNOFF
00-6198-*Hurley*

UNITED STATES OF AMERICA,

vs.

MAXIMILLIAN MATETICH

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: *Arraignment on the above-named defendant is hereby reset to Tuesday August 29th @ 10:00 a.m. before the Duty Magistrate.*

**DONE AND ORDERED** at Miami, Florida this 18th day of AUGUST, 2000.

TAPE NO: 00A-65-728

c: AUSA - *Weinstein*

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE