UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-3131-TURNOFF
00-6198-Hurley

UNITED STATES OF AMERICA,

vs.

MAXIMILLIAN MATETICH

**ORDER ON HEARING TO REPORT RE COUNSEL**

_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____  Private counsel_____
          appeared in open court and is noted as permanent
          counsel of record.

_____  The defendant requested Court appointed counsel, was
          found eligible, and counsel will be appointed by
          separate order.

_____  The defendant requested Court appointed counsel but
          was found ineligible, and shall appear before the
          Court on _____
          at 10:00 a.m. to report regarding his/her further
          efforts to retain counsel, unless counsel notices a
          permanent appearance before that date.

___✓____  The defendant requested further time to retain
          counsel and shall appear before the Court on
          8/29/00_____ at 10:00 a.m. to report
          regarding his/her further efforts to retain counsel,
          unless counsel notices a permanent appearance before
          that date.

**DONE AND ORDERED** at Miami, Florida this ___18th___ day of ___AUGUST___, 2000.

TAPE NO. 00A - 65-728.

c. Defense Counsel  Slutnick
   Pretrial Services or Probation
   U.S. Marshal
   AUSA  Weinstein

_____
UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN