UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

MAXIMILLIAN C. MATETICH,

    Defendant.

_____/

## GOVERNMENT'S NOTICE OF FILING THE AFFIDAVIT
## OF A BOND HEARING WITNESS

The United States, by and through the undersigned Assistant United States Attorney, files this Notice of Filing the Affidavit of A Bond Hearing Witness and states:

1. The government previously filed a Motion to Reopen the Pretrial Detention Hearing pursuant to Title 18, U.S.C. 3142(f) and Motion for Nebbia Inquiry pursuant to Title 18, U.S.C. 3142(g)(4).

2. This affidavit represents the testimony that this witness would offer at the Pretrial Detention hearing. This witness has a long standing vacation planned on a sailboat in the Mediterranean Sea during the time that this matter would be set for hearing. Undersigned counsel has provided a copy of this affidavit to defense counsel, along with the telephone number of the

1



witness. The witness is departing the United States on Saturday, August 26 and is returning to the United States on September 9, 2000.

WHEREFORE, the government presents the testimony of the witness by affidavit.

Respectfully submitted,

GUY S. LEWIS
UNITED STATES ATTORNEY

By: *Nancy Vorpe Quinlan*
NANCY VORPE QUINLAN
Assistant United States Attorney
Florida Bar No. 0593532
500 Australian Avenue
West Palm Beach, Florida 33401
Tel: (561) 820-8711 ext 3054
Fax: (561) 820-8777

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Notice of Filing the Affidavit of A Bond Hearing Witness was sent by fax to Howard Srebnick, Esquire this 25th day of August, 2000.

*Nancy Vorpe Quinlan*
NANCY VORPE QUINLAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198 - CR HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXIMILLIAN C. MATETICH,

    Defendant.

_____/

## AFFIDAVIT OF ANDRE J. ZAMORANO

State of Florida

County of Dade

    **BEFORE ME** personally appeared ANDRE J. ZAMORANO, who after being duly sworn states the following:

1. My name is Andre J. Zamorano and I am over eighteen (18) years of age.

2. I am an attorney licensed to practice in the State of Florida.

3. I have personal knowledge of the matters set forth in this affidavit.

4. I have reviewed the Government's Motion to Reopen Pretrial Detention and Motion For Nebia Inquiry (the "Motion"), particularly the statements contained in paragraph two of the Motion.

5. I hereby represent that the following statements attributed to me in the Motion are true and correct:

> That I was involved in a personal relationship with Marie-Ange Caravano
>
> That Marie-Ange Caravano was not residing in the Defendants apartment, rather she had been living in her own apartment and had been living there for some period of time
>
> That Ms. Caravano had consulted with her mother after the hearing and her mother had advised her not to sign any documents or to say anything
>
> That Ms. Caravano did not understand the implications of the bond or that she would be liable to the United States Government

6. My relationship with Marie-Ange Caravano began after she represented to me that she was no longer involved with the Defendant. At that time she removed all of her personal belongings from the Defendant's apartment and moved into a separate apartment in the same building. Since that time she has lived exclusively in this new apartment and has otherwise been in daily communication with me.

7. Ms. Caravano has represented to me on several different occasions that she is not the Defendant's girlfriend or fiancee, she does not want to live with the Defendant and does not want to sign any bond on behalf of the Defendant.

8. While I am prepared to testify before this Court regarding these facts, I will be traveling out of the Country for the next two weeks and will not return to the jurisdiction until

September 9, 2000.

FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT

**WITNESS** my hand and seal in the State and County aforementioned this ____ day of August, 2000.

> THELMA GARCIA SAMANIEGO
> Notary Public, State of Florida
> My comm. expires July 23, 2003
> Comm. No. CC840703
> I.D. #194811
> Bonded thru Service Insurance Company, Inc.

_____
NOTARY PUBLIC