UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6198-CR-Hurley

UNITED STATES OF AMERICA,

vs.

Maximillian Matetich

ORDER ON HEARING TO
REPORT RE COUNSEL

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

____✓____ Private counsel _Howard Srebnick_ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

DONE AND ORDERED at Miami, Florida this _29th_ day of _August_, 2000.

TAPE NO. 00A-29-575

c: AUSA Nancy Dunlap
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

