AUG 30 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE **O'Sullivan** CRIMINAL CALENDAR

COURTROOM **Sixth**

CASE NO: **00-6198-Hurley** DATE **8/29/00** TIME **10:10** END **1:00**

---

DEFENDANT(S): **Maximillian Matelich**

AUSA: **Karen Rochland**       DEFENSE: **Howard Sittnick**

PROCEEDING: Motion to Revoke Bond & Re-Open Detention — Randolph Sowers sworn. Marie Carquand sworn — Hearing held & ct will continue to remain as set on 8/15/00 — Nabbee has been captured.
Bond stayed to 8/30/00 at noon.

---

TAPE NO: **00A-70-548**       INTERPRETER: **none**

ECR CLERK: 

CT. REPORTER:

MAGISTRATE CLERK: **Pilar Llay**

PA/40

```
                    FILED____ D.C.
                    AUG 2 2 2000
                    CLARENCE MADDOX
                    CLERK U.S. DIST. CT.
                    S.D. OF FLA. - MIAMI
```

UNITED STATES OF AMERICA,    UNITED STATES DISTRICT COURT
vs.                          SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-Hurley

MAXIMILLIAN MATETICH    /    ORDER DENYING REQUEST FOR
                             PRE-TRIAL DETENTION

Bond stayed to 5:00 PM 8/21/00

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

✓ Personal Surety, unsecured, in the amount of $ 500,000 co-signed by Juliana & Mr. Siberry

___ Personal Surety in the amount of $ ___ with ___% posted with the Clerk of the Court.

___ Full Cash in the amount of $ ___

✓ Corporate Surety in the amount of $ 100,000 Nebbia

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
(✓) Surrender all travel documents to Pretrial Services Office.
(✓) Report to Pretrial Services _1_ times/week in person _2_ times/week by phone.
(✓) Curfew imposed 7 days a week, from 9 PM to 7 a.m.
( ) Defendant shall maintain present residence.
( ) Refrain from possessing a firearm, destructive device or other dangerous weapons.
( ) Maintain/actively seek full-time gainful employment or educational program.
( ) Defendant may travel to _____ in connection with charges pending in that District; otherwise, travel is restricted to SD/Fla.
(✓) Stay away from commercial transportation facilities or marinas.
(✓) Electronic monitoring; expenses to be paid by the defendant.
(✓) Comply with the following additional special conditions of this bond: Travel SD of Fla - Drug Testing as Required.

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

DONE AND ORDERED at Miami, Florida this 17th day of AUGUST 2000.

Tape No:00A-07-328
c: U.S. Attorney - David Weinstein
   Defense Counsel - Howard
   U.S. Pretrial Services - Sudnick       UNITED STATES MAGISTRATE JUDGE
                                          JOHN J. O'SULLIVAN

Deft must sign waiver of extradition from Canada