AUG 30 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6198-Hurley

UNITED STATES OF AMERICA,

vs.

Maximillian Matetich
           Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No :
Language: English

The above-named Defendant appeared before **Magistrate Judge O'SULLIVAN**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**   Address: In Jail

Tel. No: _____

**Defense Counsel:**   Name : Howard Srebnick
Address: 201 S Biscayne Blvd #1300
Miami FL 33131
Tel. No: 305-371-6421

**Bond Set/Continued:**  $100,000 CSB / Nebbia
+ $500,000 PSB

Dated this 29 day of August, 2000.

CLARENCE MADDOX, CLERK

BY    PILAR MAYA
         Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO.00A 70
DIGITAL START NO. 54C

P4
42