UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.   CASE NO.: 00-6198-CR-DTKH

MAXIMILLIAN C. MATETICH,

    Defendant.
_____/

### ORDER STAYING MAGISTRATE JUDGE'S ORDER
### RELEASING DEFENDANT ON BOND

**THIS CAUSE** is before the court upon the government's motion to stay the order of the United States Magistrate Judge releasing the defendant on bond. Upon consideration of the motion, together with the transcript of the bond hearing, it is,

**ORDERED and ADJUDGED** that the government's motion is **granted**. The magistrate judge's order setting bond in this case is **stayed** pending full review by this court.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 30th day of August, 2000.

                                            Daniel T. K. Hurley
                                            U. S. District Judge

cc: Hon. John J. O'Sullivan
    Nancy Vorpe Quinlan, Esq.
    Howard Srebnick, Esq.
    U. S. Marshal