UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAXIMILLIAN C. MATETICH,

Defendant.

_____/



## NOTICE OF HEARING

**THIS MATTER** is before the Court on the Government's Motion to Reopen Pretrial Detention and Motion for Nebbia Inquiry (DE#28, 8/23/00).

PLEASE TAKE NOTICE that this matter has been set for a hearing on August 29, 2000, at 11:00 a.m. before United States Magistrate Judge John J. O'Sullivan at the United States District Court, 300 NE First Avenue, Miami, Florida , South Court Room, Second Floor.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 28 day of August, 2000.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Nancy Vorpe Quinlan
Assistant United States Attorney
500 Australian Avenue
West Palm Beach, FL 33401

Howard Srebnick, Esquire
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131