UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MAXIMILLIAN MATETICH,<br>    Defendant. | Case No. 00-6198-CR-Hurley<br><br>**NIGHT BOX FILED**<br><br>AUG 31 2000<br><br>CLERK, USDC / SDFL / WPB |

### NOTICE OF FILING

In support of bond, Defendant Maximillian Matetich, through undersigned counsel, gives notice of filing of a "Waiver of Extradition."

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By _____
HOWARD SREBNICK, ESQ.
Florida Bar Number 919063
Attorney for Maximillian Matetich

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by fax and mail to: **NANCY VORPE QUINLAN, ESQ.**, Assistant U.S. Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401 this 31 day of August, 2000.

By _____
**HOWARD SREBNICK, ESQ.**
Attorney for Maximillian Matetich

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   :   Case No. 00-6198-CR-Hurley

v.

MAXIMILLIAN CHARLES MATETICH,

## WAIVER OF EXTRADITION

I, Maximillian Charles Matetich, hereby waive all right to contest extradition should I be arrested in any foreign country. I would not contest extradition and I would voluntarily agree to return to the United States to face prosecution. I have consulted with my counsel and I am making this decision knowingly, intelligently, and voluntarily.

_____
Signature of Defendant

_____
Signature of Attorney

Executed this 29th day of August, 2000.