

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXIMILLIAN C. MATETICH,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the Government's Motion to Reopen Pretrial Detention and Motion for Nebbia Inquiry (DE#28, 8/23/00). Having heard argument and having reviewed the applicable pleadings and law, it is

ORDERED AND ADJUDGED, that the Government's Motion to Reopen Pretrial Detention and Motion for Nebbia Inquiry is GRANTED. Having heard evidence and testimony, the Court persists in its prior ruling and maintains the bond as it was previously set on August 18, 2000 (DE# 25).

It is further ORDERED AND ADJUDGED, that the Government's Motion for Nebbia Inquiry is GRANTED. The Court finds that the defendant has met all Nebbia conditions.

It is further ORDERED AND ADJUDGED, that pursuant to the government's request, the aforementioned bond is stayed until noon August 30, 2000.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 30 day of August, 2000.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE



Copies provided to:

Nancy Vorpe Quinlan
Assistant United States Attorney
500 Australian Avenue
West Palm Beach, FL 33401

Howard Srebnick, Esquire
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131