UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXIMILLIAN MATETICH,

    Defendant.

_____:



## ORDER DENYING MOTION TO DISSOLVE THE STAY

**THIS CAUSE** is before the court upon the defendant's motion to dissolve the stay [D.E. #47]. The court having reviewed the motion and being otherwise advised in the premises, it is,

**ORDERED** and **ADJUDGED** that defendant's motion is **Denied.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 1st day of September, 2000.

                        Daniel T. K. Hurley
                        United States District Judge

copy furnished:

Howard Srebnick, Esq., 201 S Biscayne Blvd, Ste 1300, Miami, FL 33131
Nancy Vorpe Quinlana, Esq., AUSA, West Palm Beach, Florida 334

For updated court information, visit unofficial Web site
at http://sites.netscape.net/usctssodfla/homepage