```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 1                         MIAMI DIVISION

 2

 3

 4   UNITED STATES OF AMERICA,           No: 00-6198-HURLEY

 5           Plaintiff,                  Miami, Florida
                                         August 29, 2000
 6      v.

 7   MAXIMILLIAN MATETIC,

 8           Defendant.                       ORIGINAL

 9   _____

10

11       TRANSCRIPT OF HEARING ON MOTION TO REVOKE BOND AND
                   REOPEN DETENTION HEARING
12        BEFORE THE HONORABLE JOHN J. O'SULLIVAN,
              UNITED STATES MAGISTRATE JUDGE.
13
                                         59 pages
14

15   APPEARANCES:

16   For the Plaintiff:         NANCY VORPE-QUINLAN,
                                Asst. U. S. Attorney
17                              99 N.E. 4th Street
                                Miami, Florida  33132-2111

18   For the Defendant:         HOWARD SREBNICK, ESQ.

19

20
     Transcriber:               F. Levy
21

22

23

24

25
```



Accurate Reporting Services, Inc.
Third Floor
172 West Flagler Street
Miami, Florida 33130

