UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-DTKH

FILED by _____ D.C.

SEP 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     **O R D E R**

MAXIMILLIAN MATETICH,

    Defendant.
_____/

    THIS MATTER is before the Court pursuant to a Writ Of Mandamus issued by the United States Court of Appeals for the Eleventh Circuit, Case No. 00-14755-A, dated September 19, 2000, directing the undersigned as Chief Judge of the United States District Court for the Southern District of Florida to transfer the above-styled cause to another Judge forthwith, for the limited purpose of reviewing the Defendant Matetich's continued pretrial detention. The undersigned notes that The Honorable Daniel T.K. Hurley is out of the District and, therefore, not able to review the Defendant's Motion.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Clerk of this Court is hereby



**DIRECTED** to forthwith transfer Case No. 00-6198-CR-DTKH of the United States District Court for the Southern District of Florida, pursuant to established procedures, to another Judge of this Court for the limited purpose of reviewing the Defendant Maatetich's challenge to his continued pretrial detention.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __19th__ day of September, 2000.

```
                              _____
                              William J. Zloch
                              Chief United States District Judge
```

Copies furnished:

The Honorable Daniel T.K. Hurley

Nancy Vorpe Quinlan, Esq., AUSA
For Plaintiff

Howard M. Srebnick, Esq.
For Defendant

Clerk, United States Court of Appeals
 for the Eleventh Circuit
(Case No. 00-14755-A)