UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXIMILLIAN MATETICH,

    Defendants.
_____/



### CLERK'S ORDER OF TEMPORARY JUDGE REASSIGNMENT

Pursuant to Chief William J. Zloch, United States District Judge's Order dated September 19, 2000, directing the clerk to transfer the above-style cause to another Judge for the limited purpose of reviewing the Defendant Matetich's continued pretrial detention, and in accordance with S.D.Fla L.R.3.7.A, the matter in the above-styled case is hereby temporarily reassigned to the calendar of Alan S. Gold, United States District Judge to whom all related documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.2.

DONE at the Federal Courthouse Square, Miami, Florida, this 19th day of September, 2000.

                CLARENCE MADDOX
                Court Administrator • Clerk of Court



                By: _____
                      Deputy Clerk

c:   Chief U.S. District Judge Zloch
     U.S. District Judge Hurley
     Clerk, 11th Circuit Court of Appeals (Case No. 00-14755-A)
     All counsel of record/pro se parties

