UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GOLD

CASE NO. 00-6198-CR-~~Hurley~~

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MAXIMILLIAN MATETICH,

    Defendant.
_____/

### ORDER REFERRING DEFENDANT'S EMERGENCY MOTION FOR REVIEW OF PRETRIAL DETENTION STATUS TO MAGISTRATE JUDGE VITUNAC

In the absence of Judge Hurley and upon remand from the Eleventh Circuit, the clerk has transferred review of Defendant's continued pretrial detention to the undersigned. The specific motion at issue is Defendant's Emergency Motion for Review of his Pretrial Detention Status (DE 54). Upon review of the Motion, it is hereby

ORDERED and ADJUDGED that The motion is referred to Magistrate Judge Ann E. Vitunac for further proceedings as she sees fit and for resolution and/or a report and recommendation.



DONE and ORDERED at West Palm Beach, Florida, this 20th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Judge Ann E. Vitunac
AUSA Nancy Vorpe-Quinlan
Howard Srebnick, Esq.