UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6198-CR-Hurley

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MAXIMILLIAN MATETICH,
    Defendant.
_____/

### ORDER VACATING ORDER OF REFERENCE

On September 20, 2000, the undersigned received this matter from the Clerk's Office's "Emergency Wheel". It appears that such assignment was in error. On September 19, 2000, the Clerk's Office temporarily assigned this cause to United States District Judge Alan S. Gold. In deference to that previous assignment, it is hereby

ORDERED and ADJUDGED that this Court's September 20, 2000, Order of Reference is VACATED.

DONE and ORDERED at West Palm Beach, Florida, this 20th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

c:   District Judge Alan S. Gold
     Magistrate Judge Ann E. Vitunac
     AUSA Nancy Vorpe-Quinlan
     Howard Srebnick, Esq.