UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, : District Court No. 00-6198-CR-Hurley
: Eleventh Circuit No. 00-14755-A
v. :
:
MAXIMILLIAN CHARLES MATETICH, :

## MATETICH'S RESPONSE TO GOVERNMENT'S MOTION FOR REVOCATION OF MAGISTRATE'S ORDER RELEASING DEFENDANT ON BOND

By writ of mandamus filed September 19, 2000, the Court of Appeals has directed the district court to "transfer review of [Matetich]'s continued pretrial detention to another judge." The clerk of court transferred review to U.S. District Judge Gold, who set a hearing for September 26, 2000 at 4:30 p.m. On Friday, September 22, 2000 at 5:17 p.m., the government served undersigned with its "Motion For Revocation Of Magistrate's Order Releasing Defendant on Bond." The motion reiterates the very same arguments it presented to U.S. Magistrate Judge O'Sullivan at the hearings held on August 18 and August 29, 2000. Because the government has presented nothing new to U.S. District Judge Gold, undersigned will rely on the pleadings and transcripts that are already part of the record, courtesy copies of which were provided to Judge Gold last week.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Phone: (305) 371-6421
Fax:   (305) 358-2006

By _____
HOWARD SREBNICK, ESQ.
Florida Bar Number 919063

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 25th day of September, 2000, a true copy of the foregoing was furnished by fax to: **NANCY VORPE QUINLAN, ESQ.**, Assistant U.S. Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401.

By _____
**HOWARD SREBNICK, ESQ.**
Attorney for Maximillian Matetich