RC'D by _____ D.C.
SEP 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-6198-CR-HURLEY

    Plaintiff,

VS.

**ORDER SETTING HEARING**

MAXIMILLIAN C. MATETICH,

    Defendant.
_____/

FILED by ___ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    On September 19, 2000, the United States Court of Appeals, for the Eleventh Circuit, granted Petitioner's, Maximillian C. Matetich, petition for writ of mandamus, seeking to compel the District Court to transfer review of Petitioner's continued pretrial detention to another judge. (Case No. 00-14755-A)

    This matter is now before the Court pursuant to the Clerk's order of temporary judge reassignment filed September 19, 2000. It is hereby

    **ORDERED AND ADJUDGED** that this matter is set for hearing before the undersigned **Tuesday, September 26, 2000, at 4:30 p.m.**

    **DONE AND ORDERED** at Miami, Florida, this \_\_22\_\_ day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:  Judge Daniel T.K. Hurley
     AUSA Nancy Vorpe-Quinlan (WPB)
     Howard M. Srebnick, Esquire

64