UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   :   Case No. 00-6198-CR-Hurley

   Plaintiff,   :

v.   :

MAXIMILLIAN MATETICH,   :

   Defendant.   :

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

Defendant Maximillian Matetich, through undersigned counsel and without objection from the government, respectfully requests until October 31, 2000, to file pre-trial motions. In support of this motion, undersigned counsel states:

1. According to the Standing Discovery Order in this case, pre-trial motions are due September 26, 2000.

2. The discovery conference was held on September 21, 2000. At the conference, the government indicated that copies of the audiotapes and many of the documents relevant to the case would not be ready until the week of September 25, 2000. A copy of the letter confirming what was discussed at the discovery conference is attached as Exhibit A.

3. In order to file pre-trial motions, it is necessary to review copies of the audiotapes and documents in the case of Mr. Matetich. We therefore request additional time to prepare motions.

4. AUSA Nancy Vorpe Quinlan, the prosecutor in this case, does not object to this motion.



-1-

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BOULEVARD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421

For these reasons, the Defendant respectfully requests that the Court extend the time to file pre-trial motions until October 31, 2000.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By _____
HOWARD SREBNICK, ESQ.
Florida Bar Number 919063
Attorney for Maximillian Matetich

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to: **NANCY VORPE QUINLAN, ESQ.**, Assistant U.S. Attorney, this **26th** day of **September, 2000.**

By _____
HOWARD SREBNICK, ESQ.
Attorney for Maximillian Matetich

-2-

LAW OFFICES OF

# BLACK, SREBNICK & KORNSPAN
A PROFESSIONAL ASSOCIATION

ROY BLACK
CATHERINE C. GRIEVE
SCOTT A. KORNSPAN
MARIA D. NEYRA
CHRISTINE M. NG
JACQUELINE PERCZEK*
HEIDI A. SCHULZ
MARK A.J. SHAPIRO
HOWARD M. SREBNICK†

SUITE 1300
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE: (305) 371-6421
FACSIMILE: (305) 358-2006

E-MAIL:*HSchulz@black-law.com*

* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN CALIFORNIA

September 22, 2000

**VIA FACSIMILE (561) 659-4526**
**AND U.S. MAIL**

Nancy Vorpe Quinlan, Esq.
Assistant U.S. Attorney
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401

    RE:   USA v. Matetich, 00-6198-CR-Hurley

Dear Nancy:

    I am writing to confirm what you and I discussed yesterday at the discovery conference in the case of our client, Maximillian Matetich. Also present at the conference were Agents Chris Mathes and Roberto Bryan of the DEA.

    At the conference, you gave me a copy of the Government's Response to Standing Discovery Order. You also indicated that copies of the eight audio tapes containing conversations involving our client would not be ready until next week. In addition, Agents Mathes and Bryan requested extra time to make photocopies of the documents relevant to our client, including his passport, travel documents, the so-called "ledger", and miscellaneous papers on our client when he was arrested.

EXHIBIT "A"

September 22, 2000
Page 2

      In order to facilitate the discovery process and pursuant to your request, I gave Agents Mathes and Bryan ten audio tapes along with paper for copying. You indicated that you will provide copies of the audio tapes and documents to us at the Bond Hearing before Judge Gold on Tuesday, September 26, 2000. Please contact me if you have any questions. Thank you.

                                      Cordially yours,

                                      Heidi A. Schulz