UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

MAXIMILLIAN C. MATETICH,

Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION TO
BRING A TAPE PLAYER INTO THE COURTROOM**

This cause came before the Court on the Motion by the United States for permission to bring a tape player into the courtroom of The Honorable Alan S. Gold for the purpose of playing cassette tapes that have the defendant's statements relevant to the issues of bond, and the Court having considered the motion and being otherwise knowledgeable in the premises, it is

ORDERED that Special Agents Chris Mathes and Roberto Bryan of the DEA are permitted to bring a tape player into the courtroom of The Honorable Alan S. Gold on Tuesday, September 26, at 4:30 pm for the purpose of playing recorded statements made by the defendant.

DONE and ORDERED this 26th day of September, 2000, in Miami, Florida.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

3

