**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

JUDGE ALAN S. GOLD                                           COURTROOM 10 - TENTH FLOOR



FILED by _____ D.C.
SEP 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Calendar**

| | Start | End | Category | Description |
|---|---|---|---|---|
| **26 Sep 2000** | 4:30 PM ↓ 6:00 PM. | 5:30 PM | **MOTION HEARING** | HEARING ON DEFT'S MOTION FOR EMERGENCY PRETRIAL RELEASE |

00-6198-CR-HURLEY

U.S.A.     AUSA Nancy Vorpe-Quinlan

VS

MAXIMILLIAN MATETICH (J)  66109-004          Howard Srebnick, Esquire

NO INTERPRETER REQUIRED

Motion Hrg. Held + Cont'd to Wed. 09/27/00 @ 5:00 PM.