UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6198-CR-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

MAXIMILLIAN C. MATETICH,

Defendant.
_____/



**GOVERNMENT'S MOTION TO BRING A TAPE PLAYER INTO THE COURTROOM**

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Bring a Tape Player into the Courtroom and in support thereof states as follows:

1. The Honorable Alan S. Gold has scheduled a hearing pursuant to the limited mandate from the Eleventh Circuit Court of Appeals to review the defendant's continued pretrial detention. The hearing is set for September 26, 2000 at 4:30 pm in Miami.

2. The government has tape recordings of telephone conversations with the defendant in which the defendant makes statements concerning his ability to move money and his organization in Europe and Canada. These statements are material to issues of bond which will be considered by Judge Gold at the hearing. The government desires to play these recordings at the hearing.

1



WHEREFORE, the government requests the permission of the Court and the United States Marshals Service to permit the case agents, Special Agent Chris Mathes and Special Agent Roberto Bryan of the Drug Enforcement Administration (DEA) to bring a tape player into the Courtroom on September 26, 2000.

Respectfully submitted,

GUY S. LEWIS
UNITED STATES ATTORNEY

By: *Nancy Vorpe Quinlan*
NANCY VORPE QUINLAN
Assistant United States Attorney
Florida Bar No. 0593532
500 Australian Avenue
West Palm Beach, Florida 33401
Tel: (561) 820-8711 ext 3054
Fax: (561) 820-8777

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Government's Motion to Bring a Tape Player into the Courtroom has been delivered by hand to Howard Srebnick, Esquire this 26th day of September, 2000.

*Nancy Vorpe Quinlan*
NANCY VORPE QUINLAN
Assistant United States Attorney

2