UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   Case No. 00-6198-CR-Hu[rley]

Plaintiff,

v.

MAXIMILLIAN MATETICH,

Defendant.



### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

Defendant Maximillian Matetich, through undersigned counsel and without objection from the government, respectfully requests until October 31, 2000, to file pre-trial motions. In support of this motion, undersigned counsel states:

1. According to the Standing Discovery Order in this case, pre-trial motions are due September 26, 2000.

2. The discovery conference was held on September 21, 2000. At the conference, the government indicated that copies of the audiotapes and many of the documents relevant to the case would not be ready until the week of September 25, 2000. A copy of the letter confirming what was discussed at the discovery conference is attached as Exhibit A.

3. In order to file pre-trial motions, it is necessary to review copies of the audiotapes and documents in the case of Mr. Matetich. We therefore request additional time to prepare motions.

4. AUSA Nancy Vorpe Quinlan, the prosecutor in this case, does not object to this motion.

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BOULEVARD, SUITE 1300, MIAMI, FL 33131• (305) 371-6421