UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO: 00-6198-CR-HURLEY

      Plaintiff,

vs.

MAXIMILLIAN MATETICH,

      Defendant.
_____/

FILED by _____ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### NOTICE OF EXHIBIT LOCATION

Please enter the following on the docket sheet of the above cause:

__XXX__    EXHIBITS LOCATION - WITH COURT FILE/RECORDS DIV.
De Novo bond hearing held before Judge Alan S. Gold on September 26 and 27, 2000
(exhibit and witness list attached)

_____    EXHIBITS LOCATION - VAULT

_____    EXHIBITS LOCATION - WITH

REC'D by _____ D.C.
OCT - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CLARENCE MADDOX, Clerk of Court

By: _____
Jacob M. Hasbun, Deputy Clerk

Date: September __27__, 2000

70

# United States District Court

DISTRICT OF  **Southern** — **Florida**

**United States of America**
v.
**Maximillian C. Matetich**

### EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6198-CR-HURLEY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alan S. Gold | Nancy Vorpe Quinlan, AUSA | Howard Srebnick, Esq. |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Sept 26–27, 2000 | Joseph Millikan 9/26/00 / Barbara Medina 9/27/00 | Jacob M Hasbun |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 9-26-00 | ✓ | ✓ | Tape – DEA Exhibit No. N-102 |
| 1T |  | 9-26-00 | ✓ | ✓ | Transcript of Tape, DEA Exhibit No. N-102 |
| 2 |  | 9-26-00 | ✓ | ✓ | Tape – DEA Exhibit No. N-107 |
| 2T |  | 9-26-00 | ✓ | ✓ | Transcript of Tape, DEA Exhibit No. N-107 |
| 3 |  | 9-27-00 | ✓ | ✓ | Defendant's Address Book/Telephone Book (Copy) |
| 3A |  | 9-27-00 | ✓ | ✓ | Defendant's Second Address/Telephone Book (Copy) |
| 4 |  | 9-27-00 | ✓ | ✓ | Copies of Defendants' Telephone Cards |
| 5 |  | 9-27-00 | ✓ | ✓ | Copy of Defendant's Ledger Notebook |
| 6 |  | 9-27-00 | ✓ | ✓ | Copy of Defendant's Passport |
| 7 |  | 9-27-00 | ✓ | ✓ | Copy of Report of Defendant's Post-Arrest Statement |
| 8 |  | 9-27-00 | ✓ | ✓ | Office of International Affairs Declaration Regarding Canadian Extradition (Original) |
| 9 |  | 9-27-00 |  |  | U.S. Customs Reports Relating to Randy Swears |
| 10 |  | 9-27-00 | ✓ | ✓ | Immigration Detainer |
| 11 |  | 9-27-00 | ✓ |  | DEA Report of Interview with Marie Ange Caravano and Andre Zamarano |
| ~~12~~ |  | ~~9-27-00~~ | ~~✓~~ | ~~✓~~ | ~~INS – detainer~~ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# United States District Court

DISTRICT OF **S. FL. Miami Division**

**U.SA v. MAXIMILIAN MATETICH**

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6198-CR-HURLEY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALAN S. GOLD | NANCY VORPE-QUINLAN | HOWARD SREBNICK |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| MOTION HRG. | JOSEPH MILLIKAN 9/26/00 / BARBARA MEDINA 9/27/00 | JACOB M. HASBUN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 09/26/00 | | | CHRISTOPHER MATHES |
| | | " | | | RICHARD WYNNS |
| | | 09/27/00 | | | CHRISTOPHER MATHES |
| | | " | | | ROBERTO BRYAN, JR. S/A. DEA |
| | | " | | | WILLIAM PUFF, S/A. CUSTOMS |
| | | " | | | RANDALL SWEERS |
| | | " | | | MS. CARAVANO |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages