UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO: 00-6198-CR-HURLEY

    Plaintiff,

VS.  ORDER

MAXIMILLIAN C. MATETICH,

    Defendant.
_____/

FILED by _____ D.C.
OCT 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    This matter came before the Court pursuant to the Defendant's motion for reconsideration of his pretrial detention status, filed October 2, 2000. After careful review of the motion, it is hereby

    **ORDERED AND ADJUDGED** that the motion for reconsideration of his pretrial detention status is **denied.**

    **DONE AND ORDERED** at Miami, Florida, this __3__ day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:  Judge Daniel T.K. Hurley
     AUSA Nancy Vorpe-Quinlan (WPB)
     Howard M. Srebnick, Esquire