# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD                                    COURTROOM 10 TENTH FLOOR



FILED by ___ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 27 Sep 2000 5:00 PM (5:30 → 8:00) | 6:00 PM | MOTION HEARING | CONTINUATION OF HEARING ON DEFT'S MOTION FOR EMERGENCY PRETRIAL RELEASE /DAY 2 |

00-6198-CR-HURLEY

U.S.A.     AUSA Nancy Vorpe-Quinlan

VS

MAXIMILLIAN MATETICH (J) 66109-004       Howard Srebnick, Esquire

NO INTERPRETER REQUIRED

REC'D by ___ D.C.
OCT 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA

MOTION HEARING RESUMED. —
SEE ATTACHED LIST FOR WITNESSES + EXHIBITS —
MOTION TAKEN UNDER ADVISEMENT —
ORDER TO FOLLOW.
TRANSCRIPT OF PROCEEDING SEALED —

# United States District Court

DISTRICT OF __Florida__

__Southern__

United States of America
v.
Maximillian C. Matetich

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6198-CR-HURLEY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alan S. Gold | Nancy Vorpe Quinlan, AUSA | Howard Srebnick, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Sept 26-27, 2000 | Joseph Millikan 9/26/00<br>Barbara Medina 9/27/00 | Jacob M Hasbun |

| PLF NO. | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9-26-00 | ✓ | ✓ | Tape - DEA Exhibit No. N-102 |
| 1T | | 9-26-00 | ✓ | ✓ | Transcript of Tape, DEA Exhibit No. N-102 |
| 2 | | 9-26-00 | ✓ | ✓ | Tape - DEA Exhibit No. N-107 |
| 2T | | 9-26-00 | ✓ | ✓ | Transcript of Tape, DEA Exhibit No. N-107 |
| 3 | | 9-27-00 | ✓ | ✓ | Defendant's Address Book/Telephone Book (Copy) |
| 3A | | 9-27-00 | ✓ | ✓ | Defendant's Second Address/Telephone Book (Copy) |
| 4 | | 9-27-00 | ✓ | ✓ | Copies of Defendants' Telephone Cards |
| 5 | | 9-27-00 | ✓ | ✓ | Copy of Defendant's Ledger Notebook |
| 6 | | 9-27-00 | ✓ | ✓ | Copy of Defendant's Passport |
| 7 | | 9-27-00 | ✓ | ✓ | Copy of Report of Defendant's Post-Arrest Statement |
| 8 | | 9-27-00 | ✓ | ✓ | Office of International Affairs Declaration Regarding Canadian Extradition (Original) |
| 9 | | 9-27-00 | | | U.S. Customs Reports Relating to Randy Swears |
| 10 | | 9-27-00 | ✓ | ✓ | Immigration Detainer |
| 11 | | 9-27-00 | ✓ | ✓ | DEA Report of Interview with Marie Ange Caravano and Andre Zamarano |
| ~~12~~ | | ~~9-27-00~~ | ~~✓~~ | ~~✓~~ | ~~INS detainer~~ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

# United States District Court

**DISTRICT OF** FL. Miami Division S.

**U.SA**
v.
MAXIMILIAN MATETICH

## EXHIBIT AND WITNESS LIST

**CASE NUMBER:** 00-6198-CR-HURLEY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALAN S. GOLD | NANCY VORPE-QUINCAN | HOWARD SREBNICK |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| MOTION HRG. | JOSEPH MILLIKAN 9/26/00 / BARBARA MEDINA 9/27/00 | JACOB M. HASBUN |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 09/26/00 | | | CHRISTOPHER MATHES |
| | | " | | | RICHARD WYNNS. |
| | | 09/27/00 | | | CHRISTOPHER MATHES. |
| | | " | | | ROBERTO BRYAN, JR. S/A. DEA |
| | | " | | | WILLIAM PUFF, S/A. CUSTOMS. |
| | | " | | | RANDALL SWEERS. |
| | | " | | | MS. CARAVANO |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages