UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



UNITED STATES OF AMERICA,      :     Case No. 00-6198-CR-Hurley

   Plaintiff,                              :

v.                                                   :

MAXIMILLIAN MATETICH,          :

   Defendant.                           :
................................................:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that at undersigned's request, the Chambers of Judge Daniel T.K. Hurley has set this matter down for a change of plea on January 2, 2001 at 9:30 a.m., at the United States District Court, 701 Clematis Street, West Palm Beach, Florida, Court Room 352.

                                              Respectfully submitted,

                                              **BLACK, SREBNICK & KORNSPAN, P.A.**
                                              201 South Biscayne Boulevard
                                              Suite 1300
                                              Miami, Florida 33131
                                              (305) 371-6421

                              By _____
                                      **HOWARD SREBNICK, ESQ.**
                                      Florida Bar Number 919063
                                      Attorney for Maximillian Matetich

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to: **NANCY VORPE QUINLAN, ESQ.**, Assistant U.S. Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401 this 8th day of December, 2000.

By _____
**HOWARD SREBNICK, ESQ.**
Attorney for Maximillian Matetich