UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXIMILLIAN MATETICH,

    Defendant.

Case No. 00-6198-CR-Hurley

## NOTICE OF UNAVAILABILITY

Attorney Howard M. Srebnick, counsel for Defendant Maximillian Matetich, is scheduled to participate in the specially set trial of *State v. Chari*, Case No. 1999-Cr-3808, before Judge Donovan in Dayton, Ohio, from January 29 through February 16, 2001. Undersigned requests that no matters are set down for hearing during that period.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By _Scott Kyp For:_
HOWARD SREBNICK, ESQ.
Florida Bar Number 919063
Attorney for Maximillian Matetich

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to: **NANCY VORPE QUINLAN, ESQ.**, Assistant U.S. Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401 this 14th day of December, 2000.

By _____
**HOWARD SREBNICK, ESQ.**
Attorney for Maximillian Matetich