# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by C___ D.C.
JAN - 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

============================================

Case No. _00-6198-CR_    Date _January 2, 2001_

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: _English_    Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. _Maximillian C. Matetich_

AUSA: _Nancy Vorpe Quinlan_   DEFENSE COUNSEL: _Howard M. Serbnick_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count I of the superseding Indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _Sentencing date set for Friday, March 9, 2001, at 9:30 a.m._