UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     :   Case No. 00-6198-CR-Hurley
   Plaintiff,                             :
                                               :
v.                                              :
                                               :
MAXIMILLIAN MATETICH,         :
   Defendant.                          :
..................................... :



### MOTION TO TRANSFER DEFENDANT FROM WEST PALM BEACH COUNTY JAIL TO FDC-MIAMI

On January 24, 2001, defendant was physically attacked by three inmates at West Palm Beach County Jail. Mr. Matetich suffered multiple injuries to the head and face. For Mr. Matetich's safety, undersigned requested that the U.S. Marshal transfer him to another facility, preferably FDC-Miami. That request was denied. (See Letters, attached)

Accordingly, undersigned moves the court for an order directing the U.S. Marshal to house Mr. Matetich at FDC-Miami pending his March 9, 2001 sentencing date.

Undersigned contacted the office of AUSA Nancy Vorpe Quinlan, who stated that she will make inquiries with the Marshal Service as to the matter, but will not take a position on the motion at this time.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By _/s/ Howard Srebnick_
HOWARD SREBNICK, ESQ.
Florida Bar Number 919063
Attorney for Maximillian Matetich

-1-

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed to: **AUSA NANCY VORPE QUINLAN** and **the U.S. Marshal Service (Deputy Patty Clark)**, this 2nd day of **February, 2001.**

By /s/ Howard Srebnick
**HOWARD SREBNICK, ESQ.**
Attorney for Maximillian Matetich

LAW OFFICES OF
## BLACK, SREBNICK & KORNSPAN
A PROFESSIONAL ASSOCIATION

ROY BLACK
CATHERINE C. GRIEVE
SCOTT A. KORNSPAN
MARIA D. NEYRA
CHRISTINE M. NG
JACQUELINE PERCZEK*
HEIDI A. SCHULZ
MARK A.J. SHAPIRO
HOWARD M. SREBNICK†

SUITE 1300
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE: (305) 371-6421
FACSIMILE: (305) 358-2006

E-MAIL: HSrebnick@black-law.com

* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN CALIFORNIA

January 25, 2001

**VIA FACSIMILE: (561) 833-8732**
Patty Clark, Deputy
United States Marshal Service
701 Clematis Street
West Palm Beach, FL 33401

RE:   Maximillian Charles Matetich, Reg No. 66109-004
      Case No.:   00-6198-CR-Hurley

Dear Deputy Clark:

This confirms our conversation of 11:00 a.m. this morning during which I informed you that my client, Maximillian Matetich, was assaulted yesterday by three inmates at the West Palm Beach County Jail. Mr. Matetich is a federal defendant who is scheduled to appear before Judge Hurley for sentencing on March 2, 2001.

Mr. Matetich was arrested in August 2000. He remained in custody at the Federal Detention Center in Miami through December 2000, without any disciplinary problems whatsoever. He was transferred to the West Palm Beach County Jail for his plea hearing before Judge Hurley on January 2, 2001.

I am told that one of the guards in the unit, "Purcell" (sic), witnessed the unprovoked attack. Mr. Matetich was sent to the infirmary with multiple contusions to the face, jarred teeth, blurred vision and a possible concussion. The three attackers claimed to have friends on every floor of the jail and threatened that if Mr. Matetich identified them to the authorities, they would arrange to have him assaulted again. Given these circumstances, I am requesting that Mr. Matetich be relocated to another facility, preferably FDC Miami.

You informed me that you would contact your assistant Chief, Ed Stubbs, and call me with an update. I appreciate your looking into this matter.

Yours faithfully,

Howard M. Srebnick

cc:   Ed Stubbs, Assistant Chief, U.S. Marshal Service-Miami (by facsimile and mail)
      Nancy Vorpe Quinlan, AUSA West Palm Beach (by facsimile and mail)
      Judge Daniel T. K. Hurley (by mail)

LAW OFFICES OF
# BLACK, SREBNICK & KORNSPAN
A PROFESSIONAL ASSOCIATION

ROY BLACK
CATHERINE C. GRIEVE
SCOTT A. KORNSPAN
MARIA D. NEYRA
CHRISTINE M. NG
JACQUELINE PERCZEK*
HEIDI A. SCHULZ
MARK A.J. SHAPIRO
HOWARD M. SREBNICK†

SUITE 1300
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131

TELEPHONE: (305) 371-6421
FACSIMILE: (305) 358-2006

E-MAIL: HSrebnick@black-law.com

* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN CALIFORNIA

January 26, 2001

**VIA FACSIMILE: (561) 833-8732**
Patty Clark, Deputy
United States Marshal Service
701 Clematis Street
West Palm Beach, FL 33401

RE: Maximillian Charles Matetich, Reg No. 66109-004
Case No.: 00-6198-CR-Hurley

Dear Deputy Clark:

Thank you for taking my call today as a follow-up to our conversation yesterday about my client Mr. Matetich, who was attacked by three inmates at the West Palm Beach County Jail earlier this week.

I understand that you have communicated with Lt. LeClaire at the jail, who informed you that Mr. Matetich remained under medical observation for 24 hours and has been designated to a different section within the jail. The U.S. Marshal Service has decided that Mr. Matetich need not be transferred to a different facility as I had suggested yesterday. You further informed me that two of the three attackers were identified by prison guards as the attackers were exiting the jail cell following the beating. The third attacker has not yet been identified.

You indicated that Mr. Matetich has refused to cooperate with the investigation at the jail. As I explained, Mr. Matetich remains fearful of retaliation by the attackers, who warned him that they "have friends on every floor." In any event, Mr. Matetich advised me that he could not identify the third attacker, who struck him on the back of the head after the first two initiated the assault.

Because Mr. Matetich is still experiencing headaches, blurred vision and soreness in his gums, I request that he continue to receive intensive medical attention. Thank you for your personal attention to this matter.

Yours faithfully,

Howard M. Srebnick

cc: Ed Stubbs, Assistant Chief, U.S. Marshal Service-Miami (by facsimile and mail)
Nancy Vorpe Quinlan, AUSA West Palm Beach (by facsimile and mail)
Judge Daniel T. K. Hurley (by mail)