UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           :        Case No. 00-6198-CR-Hurley

    Plaintiff,                              :

v.                                                :

MAXIMILLIAN MATETICH,                :

    Defendant.                            :

. . . . . . . . . . . . . . . . . . . . . . . . . .   :

FILED by _____ D.C.

FEB 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

*DENYING*

ORDER ~~ON~~ DEFENDANT'S MOTION TO TRANSFER
FROM WEST PALM BEACH COUNTY JAIL TO FDC-MIAMI

THIS MATTER is before the Court on Defendant's Motion to Transfer from West Palm Beach County Jail to FDC-Miami.  It is hereby

*DENIED.*

ORDERED and ADJUDGED that the motion is ~~granted.~~

DONE and ORDERED in West Palm Beach, Florida, this _20th_ day of February, 2001.

HONORABLE DANIEL K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:    Nancy Vorpe Quinlan, Esq.
       Assistant U.S. Attorney
       500 Australian Avenue, Suite 400
       West Palm Beach, FL 33401
       Fax: (561) 820-8777

       Howard Srebnick, Esq.
       201 S. Biscayne Boulevard, Suite 1300
       Miami, Florida 33131
       Fax: (305) 358-2006

