UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAXIMILLIAN MATETICH,

Defendant.

Case No. 00-6198-CR-Hurley

NIGHT BOX
FILED
MAR 06 2001
CLERK, USDC / SDFL / WPB

**MATETICH'S NOTICE OF FILING OF LETTERS IN SUPPORT OF SENTENCING**

In support of allocution, Maximillian Matetich is filing the following letters, arranged in alphabetical order of author:

Author of Letter:

Marie Ange Caravano
Simone Caravano
Bernie Hammond
Mark Klajman
Martine Lemieux
Francois Monette
Randall Sweers
John Wood

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

By [signature]
FOR: HOWARD SREBNICK, ESQ.
Florida Bar Number 919063
Attorney for Maximillian Matetich

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail and Federal Express to: **NANCY VORPE QUINLAN, ESQ.**, Assistant U.S. Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401 this ___ day of March, 2001.

By Heidi A. Schulz
FOR: **HOWARD SREBNICK, ESQ.**
Attorney for Maximilian Matevich

Marie-Ange Caravano
5, rue Watteau
92400 Courbevoie
France
Tel.: 011 33 149054886

March 5, 2001

The Honorable Daniel T.K. Hurley
United States District Judge
701 Clematis Street, Room 352
West Palm Beach, FL 33401

**RE: USA v. Maximillian Matetich**
**Case No. 00-6198-Cr-Hurley**

Dear Judge Hurley,

I am a French Ph.D. in Bilingual Journalism from the Sorbonne University of Paris. I got my degree in January 2001 after having accomplished an internship at the CNN bureau of Miami and having written two theses. I currently reside in Paris where I am creating an internet company.

I have been Charlie's girlfriend for nearly 5 years and I have lived with him for 4 years. We are engaged, planning to get married and have a family as soon as possible. My commitment to Charlie is easily understandable to anyone who knows him a little bit. Charlie is indeed the most generous and thoughtful person I have been blessed to meet in my life. The following are some examples of what I am talking about:

First, when I met him, Charlie often didn't have enough money to buy himself food. However in 5 years, I have never seen him refuse to give change to a homeless person begging for money. NEVER. He doesn't only give his change and his care, but also his heart.

Second, when my parents separated, Charlie was extremely emotionally supportive to my family. As my mother had fallen into a dangerous depression, she had moved in with us along with my little brother. Charlie took care of them in a very beautiful way. He drove my brother to school daily, cooked for everyone and looked after my sick mother while I was studying. I will never be able to thank him enough for his kindness during those terrible times.

Thirdly, I am also deeply grateful to Charlie for having helped me in my studies with great care and patience. Part of the Ph.D. is definately his! Always trying to help others, Charlie continues to help me now by sending me business plans and graphic designs for my internet start-up.

Finally, I wish to add that Charlie is a model of honesty. If anyone gives him an

extra penny by mistake, there is no doubt he'll give two back. He has a great sense of moral and integrity which is appreciated by all.

All those qualities make him an extremely lovable person and a blessing to anyone whose life he enters. Therefore I ask the Court to be lenient to Charlie, for people like him are living witnesses of God's mercy. Please don't keep him away from me for too long. We are only dreaming of having a puppy, a baseball team of babies and a little cottage in the country side.

Yours sincerely,

Caravano

Marie-Ange Caravano

Simone Caravano
39, rue de Poissy
78100 Saint-Germain
France
Tel.: 011 33 134512247

March 5, 2001

The Honorable Daniel T.K. Hurley
United States District Judge
701 Clematis Street, Room 352
West Palm Beach, FL 33401

**RE: <u>USA v. Maximillian Matetich</u>**
**Case No. 00-6198-Cr-Hurley**

Dear Judge Hurley,

I am a jurist and a retired businesswoman. I am also the mother of two children, including a sixteen year-old son who I am currently raising by myself.

I have known Charlie for almost 5 years as he is my daughter's fiancé. I am therefore his future mother-in-law.

Charlie is an extremely generous and sensitive person who is uniquely touched by the suffering of others. Three years ago as I was very sick, very depressed, Charlie took care of me like a son. He helped me physically and morally. It is thanks to him that I got my joy and strength back.

I know that without Charlie, I would not be here today to help him in return.

Sincerely,

[signature]

Simone Caravano

KING'S COLLEGE
Affiliated with The University of Western Ontario

Department of Sociology

March 6, 2001

The Honorable Daniel T. K. Hurley
United States District Judge
701 Clematis Street, Room 352
West Palm Beach, FL 33401
USA

**RE: USA v. Maximilian Matetich**
**Case No. 00-6198-Cr-Hurley**

Dear Judge Hurley,

I am pleased to provide a character reference for Mr. Charles (Maximillian) Matetich who comes before you for sentencing.

I am a professor of sociology at King's College, a Roman Catholic college that is part of the University Western Ontario, here in London, Ontario, Canada. I have been teaching here for twenty-six years. My teaching and research has been focused on issues of health and illness and I hold the rank of associate professor. I have enjoyed an excellent relationship with my students over the years. Some of them have disappeared into to mist of busy lives, families and careers. I count myself blessed that others in spite of the same preoccupations have remained in touch and now span the globe from the Yukon to New Zealand and many points in between, including now West Palm Beach.

I first came to know Charlie when he enrolled as a student at this college about fifteen years ago. While I try to be available to all my students, some take advantage of that availability more than others, usually to our mutual benefit. Charlie was one of those. I was happy to be able to provide him with academic advice and direction which he always took seriously and acted upon. I found him to be an exceptional student, bright and competent and unusually dedicated to his studies. He did well and completed his degree with above average standing. I was pleased to later recommend him for graduate study at the London School of Economics, the University of London, England.

In spite of his academic success, Charlie was at that point in his life experiencing some difficulty in social adjustment which stemmed from the fact that he was initially adopted, then orphaned at an early age. He also inherited a considerable amount of money. This had its advantages, but also brought its challenges in terms of being able to discern the motivation of putative friends. He felt

266 Epworth Avenue, London, Ontario, Canada N6A 2M3
Telephone: (519) 433-3491
Toll free: 1-800-265-4406
Fax: (519) 433-0353

free to discuss these anxieties and conflicts with me and I believe I was able to be helpful as an older person who he could be sure had no ulterior motives.

After Charlie went off to England to study, we were in touch only periodically for a few years until we met accidentally on the street here in London, Ontario, about four years ago. He was in town on business. We arranged to meet for lunch and he introduced me to his girlfriend and I required him to look at the usual pictures of my three children, whom he had not seen since they were babies. I also told him of my health problems that had culminated in bypass surgery a few months before. I think partly because of the latter, he expressed sorrow for not having been in closer touch. Since then he has called regularly, almost weekly, and whenever possible has visited me and my family who hold him in high regard. He is especially admired by my daughter Beth who is five and needs to defend herself regularly from her twin brothers, Daniel and Matthew, now almost eleven and in great need of someone to tease. Charlie championed Beth's cause and cautioned the boys about protecting -not attacking- their sister. For better or worse, his prowess on a snowboard renders his advice much more valuable than mine on that issue.

Through all of this time, I have known Charlie to be a kind, compassionate and loving person. He is involved in a long term and stable relationship with a wonderful woman and has many friends who appreciate him for his thoughtfulness and consideration, and for his wit and sense of humour. I believe that I am probably as close to a father figure that Charlie has experienced since infancy and I have been happy to be available to him in that respect. He is a decent young man who deserves the utmost consideration.

Needless to say, I was astonished to hear of his present circumstances and I am deeply concerned about his welfare. I have spoken to him frequently over the past difficult months and, though I don't fully understand his motivation in recent events, I believe that he has learned some very important lessons. I am confident that there is no possibility that these mistakes will recur. I do believe, however, that there remains a need for him to examine his own motives, possibly under professional guidance, and that prison is not a conducive environment in which to do this. For that reason, I would urge leniency and a quick return to the community in order to fully optimize rehabilitation in this case. If I can play any part to facilitate that outcome, I would be only too pleased to comply.

If I can be of any futher assistance in any way, please do not hesitate to contact me.

Sincerely,

B. Hammond

Bernie Hammond, Ph.D.
Associate Professor
email: bhammond@uwo.ca

MARK KLAJMAN
308-114 TICHESTER RD.
TORONTO, ONTARIO
CANADA
M5P 1P1
(416) 658-7630

MARCH 6, 2001

THE HONORABLE DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE
701 CLEMATIS STREET, ROOM 352
WEST PALM BEACH, FL
U.S.A.
33401

RE: USA vs. MAXIMILLIAN MATETICH
CASE NO. 00-6198-Cr.-Hurley

DEAR JUDGE HURLEY:

MY NAME IS MARK KLAJMAN. I AM ABOUT TO BEGIN A NEW OPPORTUNITY AS THE VICE PRESIDENT OF BUSINESS DEVELOPMENT OF AN INTERNET COMPANY CALLED WISEUNCLE.COM. PRIOR TO THIS I WAS THE LICENSED DEPARTMENT MANAGER FOR THE BAY, A 101 STORE DEPARTMENT STORE IN CANADA, PART OF THE HUDSON'S BAY COMPANY, A 328 YEAR OLD COMPANY. I HAVE AN MBA FROM THE IVEY SCHOOL OF BUSINESS, CANADA'S MOST PRESTIGIOUS BUSINESS SCHOOL.

I HAVE BEEN FRIENDS WITH CHARLIE FOR AROUND 13 YEARS. CHARLIE AND I WERE INTRODUCED TROUGH MUTUAL FRIENDS JOHN WOOD AND DIMITRA KAPPOS.

CHARLIE HAS ALWAYS BEEN A GOOD FRIEND TO ME, ESPECIALLY IN THOSE TIMES WHERE YOU NEED YOUR FRIENDS, AND NOT ALL OF THEM ARE THERE TO SUPPORT AND ENCOURAGE YOU.

ONE OF THESE TIMES WAS WHEN VERY UNEXPECTEDLY I LOST MY JOB, AND CHARLIE NOT ONLY GAVE ME NAMES OF PEOPLE TO CONTACT, HE WAS THERE TO HELP ME GET TROUGH THE STRESS OF IT ALL.

IN SITUATION WHERE I WOULD TRUST CHARLIE WITH INFORMATION THAT I CONSIDERED PRIVATE, HE WOULD ALWAYS HOLD THAT INFORMATION IN CONFIDENCE,

I THINK HIGHLY OF CHARLIE. I HAVE ALWAYS FOUND THAT (WITH ME) HE HAS BEEN HONEST, THOUGHTFUL AND SUPPORTIVE. I THINK THROUGH ALL OF THE CHALLENGES AND DIFFICULTIES THAT HAVE BEEN PLACED ON CHARLIE, BEING ADOPTED, LOSING HIS ADOPTIVE PARENTS AT AN IMPORTANT AGE OF DEVELOPMENT, BEING THE ONLY CHILD AND ONLY HAVIN AUNT MARY, CHARLIE HAS CONDUCTED HIS LIFE PRETTY WELL,

ADMITTADLY, WE ALL MAKE MISTAKES IN OUR LIVES, SOME MORE SERIOUS THAN OTHERS. AND WE ALL PAY FOR THESE, ONE WAY OR ANOTHER.

I WOULD WISH TO REQUEST THAT YOUR JUDGEMENT BE USED AND CONSIDER ALL OF THE FACTS AND BE LENIENT ON CHARLIE WITH HIS SENTENCING. I FEEL VERY STRONGLY THAT HE WOULD NEVER DO ANYTHING LIKE THIS AGAIN.

DESPITE THIS SITUATION, I STILL AND WILL CONTINUE TO CONSIDER CHARLIE A GOOD FRIEND, AND I WILL BE HERE TO ASSIST HIM WHEN HE ONCE AGAIN IS ABLE TO BE WITH HIS FRIENDS.

I THANK YOU FOR YOUR CONSIDERATION.

YOURS TRULY

[signature] (MARK KWASMAN)

Martine Lemieux
422 St-Pierre, No. 301
Montreal, Qc., Canada
(514) 499-8989

March the 6th of 2001

The Honorable Daniel T.K. Hurley
United States District Judge
701 Clematis Street, Room 352
West Palm Beach, FL 33401

**RE: USA v. Maximillian Matetich**
**Case No. 00-6198-Cr-Hurley**

Dear Judge Hurley:

I am a designer working in the fashion industry in Montreal and an expecting mother. For the past 11 years, I have worked for major clothing retailing manufacturers and have also had my own company for 7 years. I've also been implicated in the art world; by putting together art shows and representing several artists living in Montreal and in Paris.

I have known Maximillian Matetich for approximately 7 years. We met through a friend who is a fashion photographer in Montreal, who knew Maximillian since he worked as a fashion model in the past. He has since become a dear friend to me, very trustful and reliable. He has always been honest and good and has an amazing sense of humour, which makes him such a great entertainer. Charlie is a very sociable person and has good friendships with many of my friends also. He's definatly a people person. He's also a caretaker; friendship for him means more than it does to other people, he is very generous. He takes care of the people around him emotionally and physically, making always sure that everybody's ok. Charlie has one of the biggest hearts I know, he is somebody who is soft and just wants everybody around him to be happy. He is always willing to help out in any situation, whether it is, letting you stay at his apartment for as long as you need, which I have done or giving you some good personal advice.

I very much believe that the court should be lenient on Maximillian Matetich, since he has all the characteristics of a great human being. He, in no means, is harmful to society or to himself and can come out of this situation a stronger person with a bright outlook on life.

Cordially yours,

Martine Lemieux

422 St-Pierre, # 301
Montreal, Qc., Canada
(514) 499-8989

March the 6th of 2001

The Honorable Daniel T.K. Hurley
United States District Judge
701 Clematis Street, Room 352
West Palm Beach, FL 33401

Case No. 00-6198-CR-Hurley

Dear Judge Hurley:

This letter is to give you a better understanding of who is Charles Matetich.

My name is François Monette, I live in Montreal, Qc, Canada. I work for a large computer software company called Autodesk, as the team leader of support for our high-end products. I have been working there for 3 years. I have known Charles for 6 years. I have met him through friends that worked with him. We saw each other at social gatherings and super at first, and then as our friendship grew, we arrange to see each other each time he came to Montreal, and something I flew out of the city to see him.

I think of Charles as a very caring and trustworthy person. He is someone you can depend on, and even though he did not live in the same city as I, he always kept our relationship going by taking interest in what was happening in my life.
He is someone who makes friends easily, as he is fun, outgoing and respectful. He has a lot of charisma, and "joie de vivre" as he likes to say. He is also a sensible human being, who helped me many times by being a good ear when I had relationship disappointments, before I met my soon-to-be wife.

Charles is also a very trustworthy person. I never had any hesitation in telling him very personal information about myself or giving him the keys to my home when he was visiting. He never disappointed my trust in him in any way.

Charles is a good person, and he has my outmost consideration. I wish to plead with you to give him a short sentence, as he would bring most to society by being in it, not out of it.

Sincerely,

François Monette




March 6, 2001

The Honorable Daniel T.K. Hurley
United States District Judge
701 Clematis St,Room 352
West Palm Beach,Florida
Re:USA v Maximillian Materich

My name is Randall A.Sweers I have known "Charlie" since I was approximately 8 years old when we both lived in Barrie Ontario,Canada.I am a Canadian citizen and have Landed Immigrant staus in The United States.I currently reside in Fort Lauderdale,Florida and own a business called Florida Powerboat Brokerage Inc. since 1994. My company specializes in the sales and brokerage of hi-performance vessels here in the South Florida area.I attended Wilfrid Laurier University in Kitchener,Ontario Canada from 1985 to 1990 whereI received a Bachelor Of Arts Degree in Political Science and History, as well as a Graduate Degree in Business Adminisration. I was also a member of the Mens Varsity Basketball team for 4 years and was member of the Canadian Junior Olympic Team .This school is approximately 70 miles from The University Of Western Ontario which Charlie attended

Since moving back to Florida in 1990 I have kept in very close contact with Charlie.I consider Charlie to be a very close friend as well as a very thoughtful and caring person.Charlie has always been extremely trustworthy and honest.Charlie has always helped out his friends and would be the first one to volunteer his time.Charlie has never had any legal problems in the past and is not a threat to society.Although Charlie lost his parents at a very young age and had a minimal amount of guidance during his teen years this is no excuse for what he has done.Charlie knows he has made some poor decisions in life and this matter is not to be taken lightly,however everyone who knows Charlie would ask that the courts show some leniency in this particular case.Charlie has been a "man" about paying his dues for what he has done, but as a friend of Charlies I hope that you see Charlie for who he is and not merely for the offense which he has been charged.Should you have any questions or would like to speak with me personally please contact me at your earliest convenience.

Sincerely,

Randall A. Sweers

FLORIDA POWER BOAT BROKERAGE INC.
Phone. (954)-581-8355 / Fax: (954) 321-8640 / Cell: (954) 214-6038 / E-Mail: fpb@zim.com

60 Adelaide Street East
Toronto, Ontario
416.216.5328

Date: March 6, 2001

The Honorable Daniel T.K. Hurley
United States District Judge
701 Clematis Street, Room 352
West Palm Beach, FL 33401

RE: USA v. Maximillian Matetich
Case No. 00-6198-Cr-Hurley

Dear Judge Hurley,

My name is John Wood and I am an Account Executive with WorldCom Canada Inc. I live and work in Toronto and specialize in Internet related networking and access solutions with the worlds fourth largest telecommunication company, WorldCom.

I met Charles in London, Ontario while attending the University of Western Ontario and have known him for the last 15 years. At the time, he was in partnership running a new restaurant on Richmond Street in London and we met through our mutual affiliation with friends from the University.

Charles had already graduated from University and was on his way building a hospitality business. I remember our first meeting, we discussed school and what options lay ahead in the professional world and I was inspired by his demonstration of entrepreneurship in the restaurant business.

During my last year of school, I lived in his residence with other roommates and Charles always graciously looked after the well being of his tenants like they were family. Being an orphan, with few living relatives, Charles takes his relationships with others quite seriously. Despite the lack of family, Charles always invested time and listened to his friends in the good times and the bad.

One such friend, Chris English, was a friend and roommate. He had some serious family issues and lacked a sense of belonging. Charles, myself, and the other housemates went the distance to ensure that Chris felt that he had a support system at home in the form of friends that truly cared. Charles especially helped Chris by introducing to business people in London to open up some areas of opportunity. Chris eventually found his own way in the field of Social Work. Despite the fact that Chris passed away 3 years ago of medical complications with dental surgery, I remember well his appreciation of his learning and time spent with Charles.

Charles belief in support of education was further demonstrated by sponsoring another friend of his to complete 500 hours of studies for completion of Shiat-Su accreditation. Charles believed in preventative health practices and with his assistance, helped a friend realize his educational pursuits.

If true friendship can be defined as on-going demonstration of integrity, compassion, and assistance of others, Charles has been a true friend to many others and me. I would ask you to please be lenient with his sentencing. Charles will no doubt take a fresh direction toward life after this experience and I believe he is a rare and caring individual whose true talents will be wasted in the confines of a prison.

Sincerely,

John Wood